498 A.2d 869

**In re Estate of Pearl M. CORNELL, Deceased.**

**Appeal of FIRST FEDERAL SAVINGS AND LOAN ASSOCIATION OF BUCKS COUNTY.**

Supreme Court of Pennsylvania.

Oct. 7, 1985.

Petition for Allowance of Appeal GRANTED, No. 129 E.D. Appeal Docket 1985.